**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SA'MONE MARQUIS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:26-cv-03972-JDW** |
| | : | |
| **PIEDMONT AIRLINES,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 10th day of July, 2026, upon consideration of Plaintiff Sa'mone Marquis's Motion to Proceed *In Forma Pauperis* (ECF No. 2), it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that the Complaint (ECF No. 1) is **DEEMED** filed.

It is **FURTHER ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the accompanying Memorandum.

Ms. Marquis may file an amended complaint on or before August 7, 2026. Any amended complaint must identify all defendants in the caption of the amended complaint in addition to identifying them in the body of the amended complaint and shall state the basis for Ms. Marquis's claims against each defendant. The amended complaint shall be a complete document that does not rely on the initial Complaint or other papers filed in this case (or another case) to state a claim. When drafting her amended complaint, Ms. Marquis should be mindful of my reasons for dismissing the claims in her initial Complaint

as explained in the accompanying Memorandum. Upon the filing of an amended complaint, the Clerk shall not make service until so **ORDERED** by the Court.

It is **FURTHER ORDERED** that the Clerk Of Court shall send Ms. Marquis a blank copy of this Court's current standard form to be used by a self-represented litigant filing an employment discrimination action bearing the above-captioned civil action number. Ms. Marquis may use this form to file her amended complaint if she chooses to do so.

If Ms. Marquis does not wish to amend her Complaint and instead intends to stand on her Complaint as originally pled, she may file a notice with the Court on or before August 7, 2026, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case.

If Ms. Marquis fails to file any response to this Order, then I will conclude that she intends to stand on her Complaint and will issue a final order dismissing this case.

It is **FURTHER ORDERED** that the Motion To Appoint Counsel (ECF No. 4) is **DENIED** as premature.

BY THE COURT:

*/s/ Joshua D. Wolson*

**JOSHUA D. WOLSON, J.**

2