**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SA'MONE MARQUIS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 2:26-cv-03972-JDW** |
| | : | |
| **PIEDMONT AIRLINES,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this 20th day of October, 2026, upon consideration of Plaintiff Sa'Mone Marquis's Amended Complaint (ECF No. 9), and for the reasons stated in the accompanying Memorandum, it is **ORDERED** as follows.

1. Ms. Marquis's claims of disability discrimination are **DISMISSED WITH PREJUDICE**.

2. Ms. Marquis's claims of gender-based discrimination and retaliation can proceed to service by the U.S. Marshals Service, in accordance with 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3), against Defendant Piedmont Airlines.

3. In anticipation of service by the U.S. Marshal Service, the Clerk of Court shall send a copy of this Order to Ms. Marquis together with one copy of the U.S. Marshal Service of Process Receipt and Return Form USM-285. The Clerk of Court shall record the mailing on the docket.

4. To proceed with service, Ms. Marquis must complete the USM-285 Form for Piedmont Airlines and return the completed form to the Clerk's Office on or before

November 10, 2026. The U.S. Marshals Service cannot make service of the Amended Complaint until Ms. Marquis completes and returns this form.

5. In completing the USM-285 Form, I instruct Ms. Marquis as follows:

a. Ms. Marquis should complete the USM-285 Form for Piedmont Airlines;

b. Ms. Marquis shall not complete a USM-285 Form for any other individual or entity;

c. Ms. Marquis must provide an address at a location where the Defendant can be served because **the U.S. Marshals Service cannot serve a Defendant at a P.O. Box address**;

d. Ms. Marquis must sign the USM-285 Form on the signature block marked "Signature of Attorney other Originator requesting service on behalf of: PLAINTIFF," and provide a telephone number and the date where indicated;

e. Failure to include a proper address may result in the Defendant not being served and/or the dismissal of Ms. Marquis's claims against any such Defendant.

6. I caution Ms. Marquis that failure to return a completed USM-285 Form in accordance with these instructions may result in dismissal of this case for failure to prosecute, without further notice from the Court.

7. The Clerk of Court shall docket any USM-285 Forms that Ms. Marquis returns in this case.

8. The Clerk of Court shall not issue a summons at this time. I will direct issuance of a summons upon receipt of a properly completed USM-285 Form.

**BY THE COURT:**

*/s/ Joshua D. Wolson*

**JOSHUA D. WOLSON, J.**